**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **THONEPHET KHIEMDAVANH** | **CIVIL DOCKET NO. 6:24-CV-00194** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **FIRST HORIZON CORPORATION ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 34] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's MOTION TO AMEND [Doc. 32] and MOTION TO REMAND [Doc. 12] are GRANTED and this matter is hereby REMANDED.

THUS DONE AND SIGNED in Chambers on this 21st day of May, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE